479 A.2d 1101

Commonwealth v. Kohr, Appellant.

Petition for Allowance of Appeal
Denied Jan. 9, 1985.

Argued April 3, 1984. John C. Tylwalk, Assistant Public Defender, for appellant; Robert W. Feeman, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Judgment of sentence affirmed.